**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

(C.R.C.P. No. 32: Rev 10/12)

Case Number: 1:16-rj-00017

## WRIT OF GARNISHMENT - JUDGMENT DEBTOR OTHER THAN NATURAL PERSON

Plaintiff(s) KIDZONE LEARING CENTER, INC.
vs.

Defendant(s) CAPITAL INDEMNITY CORPORATION and ASPEN ROOFING AND EXTERIORS, L.L.C.

Judgment Debtor's name, last known address, other identifying information:
ASPEN ROOFING AND EXTERIORS, 140 Sheridan Boulevard, Suite 306, Lakewood, CO 80226

1. Original Amount of Judgment Entered   February 5, 2016 (Date)   $340,000
2. Plus any interest Due on Judgment   ( 0.47  % per annum)   + $1,418.50
3. Taxable Costs (including estimated cost of service of this Writ)   + $110.00
4. Less any Amount Paid   - $0
5. Principal Balance/Total Amount Due and Owing   = $341,528.50

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of   December 22, 2016 (Date)

Subscribed under oath before me on   December 26, 2016 (Date)

/S/ Harvey L. Kramer
Harvey L. Kramer, Reg. No. 31239
Kramer Law LLC
4101 East Louisiana Ave., Suite 501
Denver, CO 80246
Attorney for Judgment Creditor, Kidzone Learning Center, Inc.

/S/ Kelsey M. Hester
Notary Public Identification No. 20164023866

Address: 4113 NW 10th Oklahoma City, Oklahoma 73107

My Commission Expires: June 22, 2020

## WRIT OF GARNISHMENT

THE PEOPLE OF THE STATE OF COLORADO to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of this Writ of Garnishment upon   WELLS FARGO BANK N.A.   ,
Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE: YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 14 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**
b. To hold pending court order any personal property owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a. This Writ applies to all personal property owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.
b. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.
c. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO: **Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589.   Clerk of Court, Jeffrey P. Colwell, 901 19th Street, Room A-105 Denver, Colorado 80294-3589, Telephone: 303-844-3433**

By:_____   Date_____
Deputy Clerk

The following questions MUST be answered by you under oath:

a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's to the Judgment Debtor?
   YES _____ NO _____

b. If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):
   _____

c. Do you claim and setoff against and property, debt of obligation listed above?
   YES _____ NO _____

d. If you said "YES" to question (c) describe the nature and amount of the setoff claimed: (Attach additional pages if necessary)
   _____

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on _____
                                          (Date)

_____          _____
                                                      Name of Garnishee

Notary Public or Deputy Clerk             Address: _____


My Commission Expires: _____    Phone: _____

                                          Name of Person Answering (print):
                                          _____

                                          Signature of Person Answering:
                                          _____

---

**RETURN OF SERVICE**

STATE OF COLORADO                                  _____ County of _____

I, _____, affirm that I have served a copy of the Writ of Garnishment on _____

_____ (date) at _____ (time), by _____ .

Subscribed under oath before me on _____ .

_____          My Commission Expires: _____          Service Fee $ _____
Notary Public                                                                                                                    Signature